# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **BENJAMIN WYLIE WILLIAMS** | § | |
| **#2509081** | § | |
| | § | |
| **V.** | § | **W-25-CA-125-ADA** |
| | § | |
| **ERIC GUERRERO** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Benjamin Wylie Williams's Application for Habeas Corpus Relief without prejudice and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Benjamin Wylie Williams's Application for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on May 30, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1